*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| RONALD SANFORD BENNETT, | ) | |
| SHIRLEY ANN BENNETT, | ) | Case No. 0:19-BK-00477-PS |
| | ) | |
| Debtor. | ) | |

**MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY**
**AND NOTICE OF BAR DATE FOR OBJECTIONS**

The trustee moves this Court for the entry of an order compelling Vista Health Mirza M.D., P.C. ("Vista") to turn over estate property to the trustee. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED April 22, 2019.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
  Terry A. Dake – 009656
  20 E. Thomas Rd.
  Suite 2200
  Phoenix, Arizona 85012-3133
  Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

At the time that this case was filed, the debtors were the sole owners of Southwest Neurology, PC ("SNP"). As a result of the

bankruptcy filing, the bankruptcy estate now owns and controls SNP. *First Protection, Inc.*, 440 B.R. 821 (9th Cir. BAP 2010).

Prior to the bankruptcy, SNP leased certain equipment from Univest Capital, Inc. ("Univest") and Sageland Financial Group, Inc. ("Sageland"). The debtors are personally liable for those obligations as reported on their Schedule F. See, Admin. Dkt. No. 1, pp. 35, 40. The trustee needs to recover the equipment so that it can be sold to pay off the lease debt. Further, the trustee believes that there is equity in the equipment over and above the payoff balances on the leases.

The equipment is in the possession of Vista Health Mirza M.D, P.C. The trustee has request that Vista either purchase or turn over of the equipment but, to date, Vista has failed to cooperate.

So that the trustee may proceed with the administration and liquidation of this estate, the trustee requests that the Court order Vista to surrender possession of the leased equipment to the trustee.

The duty to turn estate property over to the trustee is absolute. Any failure to do so is a violation of the automatic stay. *In re Cordle*, 187 B.R. 1 (Bankr. N.D. Cal. 1995). Parties in possession of estate property who fail to turn it over to the trustee after having been notified of the bankruptcy case will be held liable to the bankruptcy estate for their misconduct. *In re A&E Family Investments, LLC*, 359 B.R. 249 (Bankr. Ariz. 2007).

2

Case 0:19-bk-00477-PS   Doc 22   Filed 04/22/19   Entered 04/22/19 09:10:08   Desc
Main Document    Page 2 of 5

**WHEREFORE**, the trustee prays for the entry of an order compelling Vista to immediately surrender the leased equipment to the trustee.

DATED April 22, 2019.

*TERRY A. DAKE, LTD.*

By  /s/ TD009656
Terry A. Dake
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133

**NOTICE OF BAR DATE FOR OBJECTIONS TO TRUSTEE'S MOTION**

**PLEASE TAKE NOTICE** that the trustee has filed the motion set forth above with the Court. Your rights may be affected by this motion.

You should read these papers carefully, and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **May 16, 2019,** you or your attorney must file with the Court a written response setting forth your concerns and requesting a hearing on the trustee's motion. Your response must be filed with the Court at:

**Clerk Of The Court**
**United States Bankruptcy Court**
**230 N. First Ave.**
**Ste. 101**
**Phoenix, Arizona 85003-1706**

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

3

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

>Terry A. Dake, Esq.
>***TERRY A. DAKE, LTD.***
>20 E. Thomas Rd.
>Suite 2200
>Phoenix, Arizona 85012-3133
>tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice or hearing.

DATED April 22, 2019.

>***TERRY A. DAKE, LTD.***
>
>By /s/ TD009656
>   Terry A. Dake
>   20 E. Thomas Rd.
>   Suite 2200
>   Phoenix, Arizona  85012-3133
>   Attorney for Trustee

Copy emailed & mailed April 22, 2019 to:

Vista Health Mirza M.D., P.C.
c/o Ella Madella
5653 Hwy. 95
Fort Mohave, AZ 86426

Vista Health Mirza M.D., P.C.
1520 Turquoise Rd.
Bullhead City, AZ 86442

vistahealthmd@live.com

Irfan M. Mirza, M.D.
766 Tozzetti Ln.
Henderson, NV 89012

 /s/ TD009656

---

[1] E-mailed papers must be in pdf format.

4

5